NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**NAFISEH T. MOGHADAM,**
*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

_____

2021-2221

_____

Petition for review of the Merit Systems Protection Board in No. SF-1221-19-0198-W-2.

_____

Decided: November 9, 2022

_____

MATTHEW ROSTON, Roston Law Group, Beverly Hills, CA, argued for petitioner.

DOUGLAS GLENN EDELSCHICK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by REGINALD THOMAS BLADES, JR., BRIAN M. BOYNTON, PATRICIA M. MCCARTHY; MAUREEN NEY, Office of General Counsel, United States Department of Veteran Affairs, Los Angeles, CA.

_____

Before NEWMAN, REYNA, and CHEN, *Circuit Judges.*

REYNA, *Circuit Judge.*

Nafiseh T. Moghadam appeals a Merit Systems Protection Board ("Board") decision that denied her Whistleblower Protection Act claims. Based on the record before us, we affirm the decision of the Board.

On appeal, Ms. Moghadam asserts that "she is entitled under both the [Whistleblower Protection Act] and the [Whistleblower Protection Enhancement Act] to request . . . attorney fees." Reply Br. 6. We do not address this issue because it was not decided below and has not been properly raised before this court.

**AFFIRMED**

COSTS

No costs.